Craig Estate.

Argued April 17, 1947. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and JONES, JJ.

566

570

*Edward F. Hitchcock,* for appellant.

*R. M. Remick,* for appellee.

*Ulysses S. Koons* filed a brief as amicus curiæ.

PER CURIAM, May 7, 1947:
The decree of the Orphans' Court of Philadelphia County is affirmed on the opinion of President Judge VAN DUSEN on the exceptions to the adjudication; costs to be paid by the appellant.